O

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ISMAEL ANTONIO SANTA CRUZ, | Case No. EDCV 08-01487 SGL (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| LARRY SMALL, WARDEN, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: December 31, 2008

*/s/ Stephen G. Larson*

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 6 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY